

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2023

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

Nicholas R. Ciappetta
Administrative Law and Regulatory Litigation Division
(212) 356-4036
nciappet@law.nyc.gov

MEMO ENDORSED

June 21, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

6/22/2023 to be
Caption amended

Re: Alexander Stein v. City of New York, et. al.
23-CV-2226 (CM)(BM)

Dear Judge McMahon:

    I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I submit this letter on behalf of Defendant City of New York.

    Plaintiff originally filed this action against the City of New York and three individually named members of the New York City Council – New York City Councilmember Julie Menin, New York City Councilmember Shahana Hanif, and New York City Councilmember Crystal Hudson. On June 15, 2023, Plaintiff filed a Notice of Voluntary Dismissal of Defendants Menin, Hanif, and Hudson pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Defendant City of New York requests that the court amend the caption of this case to reflect the remaining parties. Counsel for Plaintiff does not oppose this request.

    Thank you in advance for your consideration of this matter.

Respectfully submitted,

Nicholas Ciappetta
Senior Counsel